**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SAN JOAQUIN COUNTY and KRIS BALAJI

George F. Allen, SBN 145357
1903 21st Street
Sacramento, CA 95811
Tel: 916.444.8765

Attorney for Plaintiff
MAHMOUD SAQQA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD SAQQA, | CASE NO. 2:20-cv-00331-WBS-AC |
| Plaintiff, | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** |
| v. | |
| SAN JOAQUIN COUNTY; KRIS BALAJI and DOES 1 - 50, | Complaint Filed: 02/13/2020<br>Trial: 11/16/21 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff MAHMOUD SAQQA ("Plaintiff") and Defendants SAN JOAQUIN COUNTY and KRIS BALAJI ("Defendants") (collectively, "the Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the Court's Scheduling Order (ECF No. 7). The parties request to continue non-expert discovery and dispositive

{02402101.DOCX}                                       1
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

motion deadlines related to this action by three weeks.

WHEREAS, trial is currently scheduled for November 16, 2021;

WHEREAS, the parties have been diligently pursuing discovery. The parties have largely completed written discovery and conducted several depositions;

WHEREAS, Plaintiff's deposition was scheduled to occur on April 28 and 29, 2021. However, the deposition must be postponed by three weeks due to Plaintiff's observance of Ramadan, which begins on April 12, 2021, and ends in the evening of May 12, 2021. Therefore, the Parties respectfully request a three-week continuance of non-expert discovery and dispositive motion deadlines.

WHEREAS, there have been no previous modifications of the scheduling order in this matter.

WHEREAS, the parties have met and conferred and stipulate to continue discovery and dispositive motion deadlines by three weeks, as follows:

Last day to complete non-expert discovery:    June 25, 2021

Last day to file dispositive motions:    August 6, 2021

For the reasons stated above, the parties submit that good cause exists for a further continuance of non-expert discovery and dispositive motion deadlines in this action by three weeks.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED: April 7, 2021

*/s/George F. Allen*
George F. Allen
Attorney for Plaintiff MAHMOUD SAQQA

DATED: April 7, 2021

*/s/ David R. Norton*
David R. Norton
Attorney for Defendants SAN JOAQUIN COUNTY and KRIS BALAJI

/ / /

/ / /

/ / /

/ / /

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: April 7, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE