UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MAHMOUD SAQQA, | No. 2:20-cv-00331 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY; KRIS BALAJI, | |
| Defendants. | |

----oo0oo----

After the court granted defendants' Motion for Summary Judgment and entered final judgment (Docket Nos. 20, 21), defendants submitted a cost bill totaling $12,791.15. (Docket No. 22.) Local Rule 292(c) provided plaintiff with seven days from the date of service to object, and plaintiff filed no objections to the bill of costs.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.

1

54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

Defendants have requested $12,791.15 in costs based on services that were actually and necessarily performed, specifically obtaining certified transcripts, service of deposition subpoenas, and witness deposition fees.  After reviewing the bill, and in light of the fact that plaintiff has not objected, the court finds the requested costs to be reasonable.  Accordingly, costs of $12,791.15 will be allowed for defendants and are taxed against plaintiff.

IT IS SO ORDERED.

Dated:  October 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE